

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RICHARD JAMES JOHNSON, | § | |
| Petitioner, | § § § | |
| v. | § § | 2:14-CV-123 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On April 20, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. On May 8, 2017, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation, as well any new and/or clarified claims made by petitioner in his objections. The Court finds no constitutional violations affecting the validity of petitioner's conviction or sentence or the constitutionality of his confinement. Petitioner's 1986 state conviction for murder and the life sentence imposed therefore remain intact and enforceable.

The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the petition for a

writ of habeas corpus is DENIED.

    IT IS SO ORDERED.

    ENTERED this ___17th___ day of ___May___ 2017.

                                      _____
                                      MARY LOU ROBINSON
                                      UNITED STATES DISTRICT JUDGE